[No. 71389-2-I.   Division One.   July 7, 2014.]

*In the Matter of the Personal Restraint of* JAMES C.
BRADFORD, *Petitioner.*

Petition for relief from personal restraint. *Granted* and
*remanded with instructions* by unpublished per curiam
opinion.

[No. 71640-9-I.   Division One.   July 7, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SERGEY V.
GENSITSKIY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 11-1-01186-1, John P. Wulle, J., entered October
3, 2012. *Affirmed in part, reversed in part,* and *remanded* by
unpublished opinion per Schindler, J., concurred in by Lau
and Leach, JJ.

[No. 71666-2-I.   Division One.   July 7, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN DEE
WHITAKER, *Appellant.*

*In the Matter of the Personal Restraint of* RYAN DEE
WHITAKER, *Petitioner.*

Appeal from a judgment of the Superior Court for Clark
County, No. 11-1-01948-9, Robert A. Lewis, J., entered April
5, 2013, together with a petition for relief from personal re-
straint. Judgment *affirmed in part* and *remanded with in-
structions* and petition *dismissed* by unpublished opinion per
Dwyer, J., concurred in by Spearman, C.J., and Schindler, J.